No. 665. A. H. BULL STEAMSHIP Co. *v.* SEAFARERS' INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC AND GULF DISTRICT, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied. *James V. Hayes, Theodore S. Hope* and *Sidney P. Howell, Jr.* for petitioner. *Seymour W. Miller* for the Seafarers' International Union of North America, Atlantic and Gulf District, AFL–CIO, *Lee Pressman* for the National Marine Engineers' Beneficial Association, AFL–CIO, and *Marvin Schwartz* for the International Organization of Masters, Mates and Pilots, Inc., AFL–CIO, respondents.

No. 673. MINNESOTA MINING & MANUFACTURING Co. *v.* SEARS, ROEBUCK & Co. ET AL. C. A. 4th Cir. Certiorari denied. *Lawrence C. Kingsland, Estill E. Ezell, Harold J. Kinney, M. K. Hobbs* and *Welch Jordan* for petitioner. *Thornton H. Brooks* and *Hector M. Holmes* for respondents.

No. 687. MURPHY AUTO PARTS Co., INC., *v.* BALL ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *R. Sidney Johnson* for petitioner. *Albert J. Ahern, Jr.* and *James J. Laughlin* for respondents.

No. 724. LOS ANGELES COUNTY DISTRICT COUNCIL OF CARPENTERS ET AL. *v.* McCARROLL ET AL., DOING BUSINESS AS McCARROLL & HALL CONSTRUCTION Co. Supreme Court of California. Certiorari denied. *Charles P. Scully* for petitioners. *William M. Farrer* for respondents.

No. 302, Misc. MURPHY *v.* NEW YORK. County Court of Kings County, New York. Certiorari denied.